FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

99 JAN 14 AM 9: 46
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.98-BU-2355-S |
| ) | |
| EXQUISITLY SCRUMTIOUS, INC., ) | |
| ) | |
| Defendant. ) | |

ENTERED
JAN 1 4 1999

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Exquisitly Scrumtious, Inc., pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on September 25, 1998; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Exquisitly Scrumtious, Inc., is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Exquisitly Scrumtious, Inc., received a business loan from Highland Bank, successor in interest to Citizens Bank of Leeds, Leeds, Alabama, in the amount of $60,000.00.

4. Judgment was obtained by Highland Bank, successor to Citizens Bank of Leeds, Leeds, Alabama, due to defendant's failure to repay the loan as agreed in accordance with the terms of the promissory note.

5. The claim was subsequently paid and the judgment was assigned to the United States, Small Business Administration.

6. The state court judgment against the Defendant is due to be affirmed and entered for enforcement purposes in the United States District Court for the Northern District of Alabama.

7. Defendant, Exquisitly Scrumtious, Inc., is indebted to Plaintiff in the principal sum of $71,426.76, U.S. Marshal costs of $40.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), plus interest at the prevailing legal rate from the date of judgment.

8. Plaintiff is due to recover from Defendant, Exquisitly Scrumtious, Inc., the sum of $71,616.76, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this 13th day of January, 1999.

_____
UNITED STATES DISTRICT JUDGE